IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROYAL WATKINS,

    Plaintiff,                        No. CIV S-05-2300 PAN

    vs.

JO ANNE B. BARNHART,           FINDINGS & RECOMMENDATIONS
Commissioner of Social Security,

    Defendant.
_____/

        Plaintiff is proceeding pro se.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        Under the scheduling order filed November 15, 2005, plaintiff was directed to complete service of process within twenty days from the filed date of the complaint, November 14, 2005.  That time has now expired and plaintiff has failed to comply with the court's scheduling order.

        By order filed July 20, 2006, plaintiff was directed to show cause, within twenty days, why this action should not be dismissed.  That time has now expired, and plaintiff has not complied with the July 20, 2006 order or otherwise responded to the court's order.

/////

1

1   Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed
2   without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).
3   These findings and recommendations are submitted to the United States District
4   Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within ten
5   days after being served with these findings and recommendations, any party may file written
6   objections with the court and serve a copy on all parties.  Such a document should be captioned
7   "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
8   shall be served and filed within ten days after service of the objections.  The parties are advised
9   that failure to file objections within the specified time may waive the right to appeal the District
10  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
11  DATED:  September 18, 2006.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

13
Watkins.ord.fsc.wpd